UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 10-10367-PBS |
| | ) | |
| FRANK SANCHEZ, | ) | |
|    A/K/A "SCARFACE" | ) | |

<u>JOINT SUPPLEMENTAL SENTENCING MEMORANDUM</u>

The parties, by their respective undersigned counsel, hereby file this joint supplemental sentencing memorandum. The parties first jointly report that the Presentence Report ("PSR") prepared by the United States Probation Office, dated August 3, 2011, properly added a 4-level increase to the defendant's Base Offense Level, pursuant to U.S.S.G. § 2K2/1(b)(4)(B), because the .45 caliber semi-automatic firearm had an obliterated serial number. <u>See</u> PSR ¶¶ 81, 69. The parties therefore agree that the defendant's guideline sentencing range is 41 to 51 months, based on a Total Offense Level of 21 and a Criminal History Category ("CHC") of II. <u>See</u> PSR ¶ 155.

After extensive discussions, the parties have reached an accommodation in this case. For the reasons presented in the PSR, and to be addressed at the sentencing hearing, the parties jointly request that the Court sentence the defendant to a term of incarceration of 44 months followed by a term of supervised release of three years.

```
                    Respectfully submitted,

                    CARMEN M. ORTIZ
                    United States Attorney,


               By:  /s/ PETER K. LEVITT
                    PETER K. LEVITT
                    Assistant U.S. Attorney
                    One Courthouse Way
                    Boston, MA 02210
                    (617)748-3355


                    FOR THE DEFENDANT,

                    FRANK SANCHEZ

                    /s/ BRADFORD KEENE (by PKL)
                    BRADFORD KEENE
                    7 Kimball Lane, Suite B
                    Lynnfield, MA 01940
```

October 13, 2011

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                      /s/ Peter K. Levitt
                      PETER K. LEVITT
                      Assistant United States Attorney